No. 622. WESTERN UNION TELEGRAPH Co. *v.* MC-COMB, WAGE & HOUR ADMINISTRATOR. C. C. A. 6th.

Certiorari denied. *Charles W. Milner* for petitioner. *Solicitor General Perlman, William S. Tyson, Bessie Margolin* and *Sidney S. Berman* for respondent.